[Cite as *In re Williams v. Pianka*, 2012-Ohio-5518.]

# Court of Appeals of Ohio

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

### JOURNAL ENTRY AND OPINION
### No. 98760

## IN RE:   LAWRENCE WILLIAMS

RELATOR

vs.

## RAYMOND PIANKA, AS JUDGE, ETC.

RESPONDENT

### JUDGMENT:
### WRIT DENIED

Writ of Mandamus
Motion No. 458342
Order No. 460163

**RELEASE DATE:**    November 28, 2012

**FOR RELATOR**

Lawrence Williams, pro se
17701 Rookwood Circle
Cleveland, Ohio    44112


**ATTORNEYS FOR RESPONDENT**

Barbara A. Langhenry
Interim Director of Law

By:     Joseph F. Scott
Chief Assistant Director of Law
City of Cleveland
City Hall, Room 106
601 Lakeside Avenue
Cleveland, Ohio    44114-1077

EILEEN A. GALLAGHER, J.:

**{¶1}** Lawrence Williams has filed a complaint for a writ of mandamus. Williams seeks an order from this court that requires Judge Raymond Pianka to issue a ruling with regard to an "emergency motion for temporary restraining order, injunction and stay of eviction" as filed in Cleveland M.C. No. 2012-CVG-010936. Judge Pianka has filed a motion for summary judgment, which is granted for the following reasons.

**{¶2}** Initially, we find that Williams' complaint for a writ of mandamus is defective, because it is improperly captioned. The complaint for a writ of mandamus must be brought in the name of the state on relation of the person applying. R.C. 2731.04; *Maloney v. Court of Common Pleas of Allen Cty.*, 173 Ohio St. 226, 181 N.E.2d 270 (1962); *Gannon v. Gallagher*, 145 Ohio St. 170, 60 N.E.2d 666 (1945).

**{¶3}** Finally, Williams' request for a writ of mandamus is moot. The underlying action, forcible entry and detainer, has concluded and Williams has been evicted from the residential property in question. *See* affidavit of Judge Pianka attached to the motion for summary judgment. *State ex rel. Jerninghan v. Cuyahoga Cty. Court of Common Pleas*, 74 Ohio St.3d 278, 658 N.E.2d 723 (1996); *State ex rel. Snider v. Stapleton*, 65 Ohio St.3d 40, 600 N.E.2d 240 (1992); *State ex rel. Richard v. Wells*, 64 Ohio St.3d 76, 591 N.E.2d 1240 (1992); *State ex rel. Gantt v. Coleman*, 6 Ohio St.3d 5, 450 N.E.2d 1163 (1983).

**{¶4}** Accordingly, we grant Judge Pianka's motion for summary judgment. Williams to pay costs. The court directs the clerk of court to serve all parties with notice of this judgment and its date of entry upon the journal as required by Civ.R. 58(B).

**{¶5}** Writ denied.

---

EILEEN A. GALLAGHER, JUDGE

MELODY J. STEWART, P.J., and
MARY EILEEN KILBANE, J., CONCUR